|[pic] |
| |
| | |Court of Appeals | | |
|BRIAN QUINN | | | |PEGGY CULP |
|Chief Justice | |Seventh District of Texas | |CLERK |
| | |Potter County Courts | | |
|JAMES T. CAMPBELL | |Building | | |
|Justice | |501 S. Fillmore, Suite 2-A | |MAILING ADDRESS: |
| | |Amarillo, Texas 79101-2449 | |P. O. Box 9540 |
|MACKEY K. HANCOCK | |www.7thcoa.courts.state.tx.| |79105-9540 |
|Justice | |us | | |
| | | | | |
|PATRICK A. PIRTLE | | | |(806) 342-2650 |
|Justice | | | | |

 March 8, 2013

|Artie Aguilar |Eric Tai |
|LAW OFFICE OF ARTIE AGUILAR |Texas Department of Family and |
|1015 Buddy Holly Ave |Protective Services |
|Lubbock, TX 79401 |2401 Ridgepoint Dr., Bldg H-2 |
| |Austin, TX 78754 |
| | |
|Barbara S. Adams |Delinda Ebling |
|Attorney at Law/Mediator |Attorney at Law |
|P.O. Box 53871 |2514 82nd Street, Suite C |
|Lubbock, TX 79453-3871 |Lubbock, TX 79423 |

 Dear Counsel:

 The Court this day disposed of Cause No. 07-12-00505-CV, styled
 In the Interest of J.D.S., aka B.D.S., aka B.B.S., a Child. Enclosed
 are copies of the Court's opinion and judgment. Tex. R. App. P. 48.

 In addition, pursuant to Texas Government Code, Sec.
 51.204(b)(2), exhibits on file with this Court, if any, will be
 destroyed three years after final disposition of the case or at an
 earlier date if ordered by the Court.

 Very truly yours,

 PEGGY CULP, CLERK

 By:___________________

 |xc: |Honorable William P. Smith |
| |Patty Davenport |
| |Lexis/Nexis |
| |Wolters Kluwer Law & Business |
| |State Bar of Texas |
| |West Publishing |